## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ONLINE MERCHANTS GUILD,            )
                                   )
    Plaintiff,   )
                                   )
vs.                                )          No. 1:21-cv-00369-SHR
                                   )
C. DANIEL HASSELL,                 )
in his official capacity as        )
SECRETARY OF REVENUE,              )
DEPARTMENT OF REVENUE,             )
                                   )
    Defendant.   )

---

### [Proposed] Order Granting the Online Merchants Guild's Request for Expedited Consideration of its Motion for Temporary Restraining Order and Preliminary Injunction

---

Before the Court is the Online Merchants Guild's Request for Expedited Consideration of its Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 12]. For good cause shown, the request is GRANTED. The Court will hold a telephonic hearing on the Guild's request for a temporary restraining order on _____.

So ordered this ___ day of March 2021.

_____
Hon. Sylvia H. Rambo
Senior U.S. District Judge

**Certificate of Service**

I hereby certify that I served the foregoing via the Court's CM/ECF system this 11th day of March 2021.

*s/ Aaron K. Block*
Aaron K. Block