# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ONLINE MERCHANTS GUILD,** | : | CIVIL ACTION NO. 1:21-CV-369 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **C. DANIEL HASSELL, in his official capacity as SECRETARY OF REVENUE, DEPARTMENT OF REVENUE,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 12th day of March, 2021, upon consideration of the motion (Doc. 9) for temporary restraining order and preliminary injunction filed by plaintiff, the Online Merchants Guild, as well as the Online Merchants Guild's motion (Doc. 12) to expedite consideration of same, and this matter having been reassigned today to the undersigned, it is hereby ORDERED that:

1. The motion (Doc. 12) to expedite is GRANTED to the extent that the court will schedule a telephonic scheduling conference for today's date to establish an expedited schedule for consideration of the Online Merchants Guild's motion (Doc. 9) for temporary restraining order and preliminary injunction.

2. A telephonic conference call concerning the Online Merchants Guild's motion (Doc. 9) for temporary restraining order and preliminary injunction is scheduled for **Friday, March 12, 2021, at 2:00 p.m.**

3. The court will communicate details for connecting to the telephonic conference to counsel. When the call is placed, all parties shall be prepared to discuss the motion (Doc. 9) and the complaint (Doc. 1) generally, the request for injunctive relief, and available dates for the anticipated evidentiary hearing.

4. Counsel for the Online Merchants Guild shall immediately effect service of its complaint (Doc. 1), its motion (Doc. 9) for temporary restraining order and preliminary injunction, its supporting brief (Doc. 10), and this order on the defendant and, when identified, defendant's counsel.

5. The Online Merchants Guild's counsel shall exercise best efforts to ascertain the identity of defendant's counsel and shall promptly provide the court with proof of service of the filings enumerated in paragraph 4.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania