# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ONLINE MERCHANTS GUILD, | : | Civil No. 1:21-CV-00369 |
| Plaintiff, | : | (Judge Conner) |
| v. | : | (Magistrate Judge Schwab) |
| C. DANIEL HASSELL, *in his official capacity as Secretary of Revenue, Department of Revenue*, | : | |
| Defendant. | : | |

## ORDER
March 12, 2021

**IT IS ORDERED** that a telephone status conference concerning the referral for a settlement conference in this matter (*doc. 19*) is scheduled for **March 15, 2021, at 10:30 a.m.**. The court will provide counsel with conference call-in instructions in due course.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge