# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Online Merchants Guild | : | Civil No. 1:21-CV-00369 |
| *Plaintiff* : | | |
| | : | (Judge Conner) |
| **v.** | : | (Magistrate Judge Schwab) |
| | : | |
| C. DANIEL HASSELL, *in his official* | : | |
| *capacity as Secretary of Revenue,* | : | |
| *Department of Revenue,* | : | |
| *Defendant* | : | |

## ORDER

AND NOW, this 18th day of March, 2021, in consideration of the STIPULATION AND JOINT CASE MANAGEMENT SCHEDULE, Doc. 22, the Court issues the following ORDER:

1. The Motion for Temporary Restraining Order filed by the Online Merchants Guild is hereby WITHDRAWN in accordance with the Stipulation entered into by the Parties on this date.

2. The Motion for Preliminary Injunction filed by the Online Merchants Guild shall proceed under the following agreed to Case Management Schedule:

    a. Defendant's Response to the Guild's Motion for Preliminary Injunction is due on or before: **March 29, 2021.**

    b. Plaintiff's Reply to Defendant's Response is due on or before: **April 12, 2021.**

3. The Defendant shall file its Response to the Guild's Complaint (Doc. No.1) on or before: **May 3, 2021.**

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania
