IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ONLINE MERCHANTS GUILD,** | : | CIVIL ACTION NO. 1:21-CV-369 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **C. DANIEL HASSELL, in his** official capacity as **SECRETARY OF REVENUE, DEPARTMENT OF REVENUE,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 19th day of April, 2021, upon consideration of the motion (Doc. 9) for a temporary restraining order and preliminary injunction filed on March 4, 2021, by plaintiff Online Merchants Guild, plaintiff's withdrawal of its motion for a temporary restraining order, (see Doc. 23 ¶ 1), and the parties' respective briefs in support of and opposition to the motion for a preliminary injunction, and following a telephonic scheduling conference on today's date, it is hereby ORDERED that:

1. A preliminary injunction hearing shall commence at **1:00 p.m. on Thursday, April 29, 2021**, in Courtroom #3, United States Courthouse and Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania. Each party shall have two hours to present their case in chief on the request for injunctive relief.

2. The parties shall cooperate in completing all expedited discovery necessary for the hearing. In the event that discovery disputes arise and are not resolved after counsel attempt in good faith to do so, the parties shall bring the matter to the court by way of a telephone conference rather than through formal motion practice. If a discovery dispute arises, counsel shall file a letter to the docket requesting a

       telephonic discovery conference and outlining the nature of the discovery dispute.

3.     The parties shall, no later than **12:00 p.m. on Wednesday, April 28, 2021**, submit to the court (1) exhibit lists and a complete set of exhibits, and (2) pre-hearing memoranda on all legal issues to be addressed during the hearing.

                               /S/ CHRISTOPHER C. CONNER
                               Christopher C. Conner
                               United States District Judge
                               Middle District of Pennsylvania