# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ONLINE MERCHANTS GUILD, | : | Civil No. 1:21-CV-00369 |
| | : | |
| Plaintiff, | : | (Judge Conner) |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| | : | |
| | : | |
| C. DANIEL HASSELL, *in his official capacity as Secretary of Revenue, Department of Revenue,* | : : : | |
| | : | |
| Defendant. | : | |

## ORDER
April 30, 2021

In light of the district court's referral of this matter to the undersigned for a conference with the parties regarding the Department of Revenue's voluntary compliance program deadline, **IT IS ORDERED** that a conference concerning the same is scheduled for **10:00 a.m. on May 4, 2021**, via ZOOM videoconference.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge