# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ONLINE MERCHANTS GUILD,** | : | CIVIL ACTION NO. 1:21-CV-369 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **C. DANIEL HASSELL,** in his official capacity as **SECRETARY OF REVENUE, DEPARTMENT OF REVENUE,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 28th day of May, 2021, upon consideration of the motion (Doc. 9) for preliminary injunction by plaintiff and the motion (Doc. 38) to dismiss by defendant, and the parties' respective briefs in support of and opposition to said motions, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 38) to dismiss is GRANTED.
2. The motion (Doc. 9) for preliminary injunction is DENIED as moot.
3. The Clerk of Court is DIRECTED to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania